132 P.3d 851

# SUPREME COURT OF HAWAI'I

State v. Tavares .................................... 25989     04/07/2006    Affirmed in part, vacated & remanded

Tokashiki v. Freitas ............................... 26635     04/11/2006    Vacated & remanded